IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACEY A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3047 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion for time is granted and the deadline for the parties to file their Rule 26 planning conference report is extended to June 15, 2006.

DATED this 9th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge