IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUN 15 PM 4:29

OFFICE OF THE CLERK

| | | |
|---|---|---|
| TRACY A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3047 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, In his official capacity, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the Motion for Extension of Time (filing no. 15), and finds that the motion should be sustained.

It is therefore ordered that the parties are granted until June 30, 2006, in which to submit their report of parties' planning conference to the Court.

David L. Piester
U.S. Magistrate Judge