IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACEY A. COLEMAN, | ) | 4:06CV3047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | *ORDER FOR EXTENSION* |
| | ) | *OF TIME FOR* |
| | ) | *MANDATORY DISCLOSURES* |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| OF THE UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, In his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has reviewed the Motion for Extension of Time for Mandatory Disclosures (filing no. 20), and finds that the Motion should be sustained.

IT IS THEREFORE ORDERED that the parties are granted until July 28, 2006 to submit their mandatory disclosures in accordance with Fed.R.Civ.P. 26(a).

DATED July 12, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge