IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY A. COLEMAN, ) | |
| ) | |
| Plaintiff, ) | 4:06CV3047 |
| ) | |
| vs. ) | |
| ) | ORDER |
| MICHAEL CHERTOFF, SECRETARY OF ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, In his official ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |

The Court has reviewed the Joint Motion to Extend Progression Order Deadlines (filing no. 26), and finds that the motion should be sustained.

The Court finds that the Progression Order (filing no. 25) is hereby amended in the following respects:

1. Motions for summary judgment shall be filed not later than January 30, 2007, and any response shall be filed not later than March 9, 2007;

2. Deposition deadline is extended to March 1, 2007;

3. Plaintiff's disclosure of expert witness deadline is extended to January 15, 2007, and Defendant's disclosure of expert witness deadline is extended to February 15, 2007;

4. Final Pretrial Conference is extended to March 27, 2007 at 10:00 a.m.;

5. Trial date is extended to April 16, 2007 at 9:00 a.m. for a duration of four trial days;

6. Report on Mediation is due not later than January 30, 2007.

All other provisions of the Court's progression order (filing no. 25) shall remain in effect except as changed by this order, consistent with the modification of the deadlines set forth in this order.

DATED this 8th day of November, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge