IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3047 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL CHERTOFF, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, In his official capacity, | ) ) ) ) ) | |
| Defendant. | ) | |

The Court has reviewed Plaintiff's Unopposed Motion to Extend Progression Order Deadlines (filing no. 44), and finds that the motion should be sustained in part.

The Court finds that the progression Order (filing no. 27) is hereby amended in the following respects:

1. Defendant's disclosure of expert witness deadline be extended to March 1, 2007;

2. Deposition deadline be extended to March 15, 2007;

3. Plaintiff's deadline for a response to Defendant's Motion for Summary Judgment be extended to March 15, 2007;

4. Final Pretrial Conference is continued to June 12, 2007 at 11:00 a.m.;

5. Jury trial date is continued to July 9, 2007 for four days;

All other provisions of the Court's progression Order (filing no. 27) shall remain in effect except as changed by this order, consistent with the modification of the

deadlines set forth in this order.

    DATED this 15th day of February, 2007.

                                BY THE COURT

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge