IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3047 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF | ) | ORDER |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, In his official | ) | |
| capacity, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has reviewed the unopposed Motion for Extension of Time (filing no. 52), and finds that the motion should be sustained.

It is therefore ordered that the defendant is granted until April 11, 2007, in which to submit its Reply to "Plaintiff's Opposing Brief to Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment" (filing no. 46).

March 27, 2007                                    BY THE COURT:

                                                  *s/Richard G. Kopf*
                                                  United States. District Judge