FILED
U.S. DISTRICT COURT
DISTRICT OF

2007 JUL 18 PM 2: 30

OFFICE OF THE CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACEY A. COLEMAN, | ) | Case No.  4:06cv3047 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| OF THE UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, In his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to File a Brief in Opposition to Defendant's Motion to the United States Magistrate Judge In Limine to Strike or Otherwise Clarify Issues for Trial and Defendant's Brief and Exhibits in Support of Motion, the Court finds as follows:

IT IS THEREFORE ORDERED that the Plaintiff's Motion be granted and the Plaintiff is given until August 14, 2007, to submit its Brief in Opposition to the Defendant's Motion.  The Defendant shall have seven days following the filing of the Plaintiff's Brief to submit a reply brief.

IT IS THEREFORE ORDERED that the Pretrial Conference be rescheduled from August 23, 2007 at 11:00 a.m., until _Oct. 3_ , 2007 at _10:00_.m./p.m.

Dated this ⟋⟋ day of July, 2007.

s/DAVID L. PIESTER
David L. Piester
United States Magistrate Judge