```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TRACEY A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3047 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | ORDER |
| OF UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, In his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the parties' joint motion for continuance of final pretrial conference,

IT IS ORDERED:

1. The motion, filing 77, is granted, and the final pretrial conference is continued to November 14, 2007 at 11:00 a.m. in the chambers of the undersigned.

2. A telephone conference with counsel will be held November 9, 2007 at 10:00 a.m. Central Time to discuss the final pretrial order. Defendant's counsel shall place the call.

3. Jury trial of this matter is set to commence December 10, 2007 at 9:00 a.m. before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, or as soon thereafter during that week as the case may be called. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial. Trial is scheduled for a duration of four trial days.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge