IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACEY A. COLEMAN, | ) | 4:06CV3047 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| SECRETARY OF THE UNITED | ) | |
| STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 83) is granted, as follows:

The parties shall have until Friday, December 7, 2007, to file objections to proposed jury instructions.

December 4, 2007.                              BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge